MARK POE (SB #223714)
 mpoe@gawpoe.com
RANDOLPH GAW (SB #223718)
 rgaw@gawpoe.com
SAMUEL SONG (S.B. #245007)
 ssong@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiffs Donald Breyer,
M.D. and Mark Klepper, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Donald Breyer, M.D.; Mark Klepper, M.D., <br><br>  Plaintiffs, <br><br> vs. <br><br> Ankura Consulting Group, LLC, <br><br>  Defendant. | Case No.: 3:21-cv-02541-CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))** |

Yesterday counsel for Defendant Ankura Consulting Group, LLC informed the undersigned that Ankura Consulting Group, LLC is wholly owned by an entity called Ankura Intermediate Holdings, LP, which is in turn partly owned by an entity called Ankura Holdings, LP, and that among the limited partners of that latter entity are individuals who are citizens of both California and Texas, the home states of the plaintiffs.

1

Accordingly, it appears that this Court lacks diversity jurisdiction over this dispute. Defendant Ankura Consulting Group, LLC has not yet answered the complaint, so Plaintiffs file this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 14, 2021            GAW | POE LLP

By:    s/ *Mark Poe*
       Mark Poe
       Attorneys for Plaintiffs